# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-4807 PA (ASx) | Date | September 05, 2024 |
|---|---|---|---|
| Title | Tawfik Abdo Saleh Ahmed v. Alejandro Mayorkas, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

    This matter is set for a Court Trial on Tuesday, September 24, 2024.  The trial is confined to the administrative record, which has been filed with the Court.  The parties have filed, consistent with the Court's Minute Order and Civil Trial Scheduling Order, both issued on January 10, 2024, their opening and responsive trial briefs, their proposed findings of fact and conclusions of law, and their responses to the proposed findings of fact and conclusions of law submitted by the opposing parties.  The Court, having reviewed the parties' filings, has concluded that the issues for the Court to resolve have been adequately addressed in the parties' pretrial filings such that a Court Trial would serve little purpose other than to provide the parties time to repeat arguments contained in the submissions they have filed with the Court.  The Court therefore orders the parties to show cause in writing why the Court should not deem the parties to have submitted the action based on the administrative record, briefs, and documents already filed by the parties, and vacate the September 24, 2024 hearing.  <u>See, e.g.</u>, Fed. R. Civ. P. 78.  The parties' responses to this Order to Show Cause shall be filed by no later than September 12, 2024.

    IT IS SO ORDERED.