UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWFIK ABDO SALEH AHMED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | No. CV 23-4807 PA (ASx)<br><br>JUDGMENT |

Pursuant to the Court's Findings of Fact and Conclusions of Law issued on September 25, 2024,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Alejandro Mayorkas, Secretary of the Department of Homeland Security ("DHS"); DHS; United States Citizenship and Immigration Services ("USCIS"); Ur Jaddou, Director of USCIS; USCIS California Service Center; Kathy Baran, Director of USCIS' California Service Center; Antony Blinken, Secretary of State; and Djibouti U.S. Embassy (collectively "Defendants") shall have Judgment in their favor and against plaintiffs Tawfik Abdo Saleh Ahmed, Fatima Kassim Ali, Kassim Faisal Muthana, and minor S.F.M. (collectively "Plaintiffs").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and that Defendants shall have their costs of suit.

DATED: September 25, 2024

                                                 Percy Anderson
                                    UNITED STATES DISTRICT JUDGE